

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00097-CR

———————————————

CHIQUITA LASHONE FULBRIGHT, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 297th District Court
Tarrant County, Texas
Trial Court No. 1681826D

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant has filed an unopposed motion to dismiss her appeal. In it, she states that she is being "held on other outstanding matters in Ellis County" and will "serve the entirety of her sentence before the issue that she is eligible to appeal—sentencing—is resolved." She asks this court to dismiss her appeal and to "take the extraordinary step to order her transferred to Ellis County, Texas, where she may resolve the remaining matters."

Appellant's request to be transferred to Ellis County exceeds the scope of this appeal, and she has not cited any legal authority to support her request. We deny this portion of her motion.

Otherwise, because we have not yet decided the case, we grant the remainder of Appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: September 29, 2022